## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**RETCNICK FAUSTEN,**

    **Plaintiff,**

**v.**                                             **Case No. 4:21-cv-16-AW-MAF**

**AT&T SERVICES, INC.,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's November 15, 2021 Report and Recommendation. ECF No. 105. I have also considered de novo the Plaintiff's objections (ECF No. 112) and the Defendant's reply (ECF No. 113). I have determined the Report and Recommendation should be adopted. It is now ORDERED:

    1.    The Report and Recommendation (ECF No. 105) is adopted and incorporated into this order.

    2.    The Defendant's motion for involuntary dismissal (ECF No. 79) is GRANTED.

    3.    The clerk will enter a judgment that says, "This case is dismissed with prejudice as malicious, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)."

    4.    The clerk will then close the file.

SO ORDERED on December 28, 2021.

s/ *Allen Winsor*  
United States District Judge
